UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **RONNIE JOSEPH REAGAN** | **CIVIL ACTION NO. 16-790-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **BOSSIER MEDIUM SHERIFF OFFICE STAFF** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

After an independent review of the record, for the reasons stated in the Report and Recommendation of the Magistrate Judge, and noting the absence of objections, the Court **ADOPTS IN PART** and **DECLINES TO ADOPT IN PART** the Report and Recommendation. The Court declines to adopt the Report and Recommendation's suggestion to dismiss Plaintiff's claim of anal bleeding, which the jail allegedly treated with stool softeners. The Plaintiff is **ORDERED** to amend his complaint by **October 31, 2019** to more fully set forth this particular claim and the medical care he has received for this complaint while in custody. Aside from the issue of anal bleeding, the Court agrees with the Magistrate Judge's findings and his conclusion that the remaining claims be **DISMISSED WITH PREJUDICE** for being frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 24th day of September 2019.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE