# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **RONNIE JOSEPH REAGAN** | **CIVIL ACTION NO. 16-790-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **BOSSIER MEDIUM SHERIFF OFFICE STAFF** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's remaining Eighth Amendment claim for inadequate medical care is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this _19th day of March, 2019.

_____
**ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDG**